# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 45TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on July 15, 2015, the cause upon appeal to revise or reverse your judgment between

Juanita Sprute, M.D. and Jefferson Family Practice Associates, Appellant

V.

Arnold L. Levey, Appellee

No. 04-14-00358-CV and Tr. Ct. No. 2014-CI-02406

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the orders of the trial court are AFFIRMED. Costs of the appeal are taxed against the parties who incurred them.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on December 3, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00358-CV

### Juanita Sprute, M.D. and Jefferson Family Practice Associates

**v.**

### Arnold L. Levey

(NO. 2014-CI-02406 IN 45TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | NOT PAID | N/A |
| MOTION FEE | $10.00 | E-PAID | ARNOLD LEVEY |
| MOTION FEE | $15.00 | E-PAID | ARNOLD LEVEY |
| MOTION FEE | $10.00 | E-PAID | ARNOLD LEVEY |
| MOTION FEE | $10.00 | E-PAID | SARA  RAMOS |
| MOTION FEE | $10.00 | E-PAID | LISA ROCHELEAU |
| MOTION FEE | $10.00 | E-PAID | LISA ROCHELEAU |
| MOTION FEE | $10.00 | E-PAID | ARNOLD LEVEY |
| MOTION FEE | $10.00 | E-PAID | ARNOLD LEVEY |
| MOTION FEE | $10.00 | E-PAID | ARNOLD LEVEY |
| MOTION FEE | $10.00 | E-PAID | ARNOLD LEVEY |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | LISA ROCHELEAU |
| FILING | $100.00 | E-PAID | LISA ROCHELEAU |
| INDIGENT | $25.00 | E-PAID | LISA ROCHELEAU |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | LISA ROCHELEAU |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  $15.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this December 3, 2015.



**KEITH E. HOTTLE, CLERK**

*Cynthia A Martinez*
Cynthia A. Martinez
Deputy Clerk, Ext. 53853